United States District Court
For Southern District of West Virginia

FILED

JUN 12 2006

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Curtis E. Crawford, Reg 10220-007
Beckley FCI
P.O. Box 350
Beaver, West Virginia 25813
                        Plaintiff

                    v.

Civil Action No. 5:06-0453

        Jury Trial Requested

Director John Doe, Federal Bureau of Prisons
320 First Street, N.W.; U.S. Dept. of Justice
Washington, D.C. 20543
and

Charles T. Felts, Warden
Beckley FCI
P.O. Box 350
Beaver, West Virginia 25813
and

Operations Lieutenant Fleming
Senior Officer James R. Ford
P.O. Box 350
Beaver, West Virginia 25813
                    Respondent(s) (Personal and Professional Capacities)

Motion For Complaint Pursuant to 42

U.S.C. § 1983; Motion For Emergency Injunctive

and Restrainment Order; Motion For Appointment

of Counsel Pursuant to 28 U.S.C. § 1915 (e).

Statement of Fact

Pursuant to 28 C.F.R. § 91-100 Sep et. The Prison

2.

Director has failed to ensure my safety and care, and Prison Warden Felts has failed to protect me for racial prejudice and acts of racial discrimination in violation of the Civil Rights Act * and eighth amendment of the Constitution of the United States.

On May 23, 2006 Operations Lieutenant Fleming *** order (my) Plaintiff placement into Special House Unit, and instructed staff not to provide Plaintiff with a dinner meal, resulting from incident where Senior Officer Ford lied about incident involving out of racial prejudice and discrimination he instructed Plaintiff to sleep on a Top Bunk while Plaintiff had medical pass for lower

*Plaintiff

*Repetitive acts by Unit manager Michael Snow

3.

Bunk Requirement. Plaintiff informed Officer Ford

That he was Placed into a Cell 219, in which another inmate

Also Claimed to have a medical Pass, and Rather Than

Current Problem, he chose to make a Knowingly False

Claim against Plaintiff For Racial discriminatory

Factors   8th Amendment Violation of Cruel and unusal Punishment

II. Public Interest

The inmate in OAK B Lower Cell 219 Lower Bunk, was

There due to GROSS mal-Fease under Warden Felt,

Plaintiff
Lieutenants Fleming order (mgs) Placement into Special

(SHU)
Housing Unit, because of Former Complaints in which I

Filed against him For Placing Plaintiff into a

Still cell with Human Feces on Walls and Shower while

he was Supervisor There, his Actions were Reprisal.

## III. Relief Sought

1. Court Order issued "Granting" Compensatory and Punitive damages in Amount of $100,000.00 dollar's from Each Named Respondent/Defendant, also Cost of Court in case.

2. Court Order issued "Granting" Emergency Injunction and Restrainment, Appointment of Counsel.

Respectfully Submitted

Curtis E. Crawford

## IV. Certification of Service

I Certify That under Penalty of Perjury That above is True and That a True Copy of Same was mailed to Clerk Prepaid Postage via Prison mailing on this __5__ day of __June__ 2006. I Request Further That Clerk will Forward to the undersigned a Stamp dated Copy of the Same as Acknowledgement of Receipt due to occurrence of Prison Officials Tampering with outgoing inmate mail to The Court.

Respectfully Submitted

Curtis E. Crawford

United States Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution Beckley
P.O. Box 350
Beaver, West Virginia
25813

Curtis E. Crawford
FCI Beckley
#10620-007
P.O. Box 350
Beaver, WV 25813
-------------

June 1, 2006

## AFFIDAVIT

I, Curtis E. Crawford, do state under Penalty of Perjury that below statement is True and Correct, Pursuant to 28 U.S.C. §1746. This statement is made on my own violation and free will, without inducement of any Fashion.

On May 24, 2006 at Approximately 7:00 A.M. in Special Housing Unit (SHU) Recreation Yard, Unit Manager S. Man'at stated "Crawford you know that no one in one unit bubble sleep's in the right bed, it's like a Parking Lot, where you drive in and Take an empty space." I informed Mr. Man'at that "This is Prison and inmate should sleep in their Assigned Beds, as inmate's in Petersburg and Butner were doing". He walked away toward door leading out of Recreation Yard.

On May 30, 2006 Unit Manager S. Man'at allowed Correctional Counselor Midgrey to alter my complaint at Unit Disciplinary Committee, because it pointed to fact that officer James R. Ford had Lied on myself on incident report No. 1470907 for Racial Reasoning and there were no Surveillence Camera Footage of any Type of Jester of Threat.

On May 31, 2006 I asked Unit Manager S. Man'at for (2) Two sensitive 9 complaint Forms and for (5) Five Postage Stamps for Personal and Legal Mail under indigent status of the BOP Program Statements and Mr. Man'at stated "I'll give them to you, next week, and by the way we are taking your half way House".

I state under Penalty of Perjury that above statement is True. I affix signature as Evidence of same.

Respectfully,
Curtis E. Crawford

Name: Curtis E. Crutchfield
Reg #: 10620-007
Federal Correctional Institution–Beckley
P.O. Box 350
Beaver, WV 25813

Special Mail

CHARLESTON WV 253
06 JUN 2006 PM 1 T

Clerk
United States District Court
Beckley, West Virginia
25801

10852

25813/5593